```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOLIE INTIMATES INC.,

                   Plaintiff,

      -against-

BONUS STORES, INC. d/b/a BILL'S
DOLLAR STORE,

                   Defendant.
-------------------------------------------------------------X

Case No. CV-03-05231 (PKL)

**NOTICE OF DISMISSAL**

      IT IS HEREBY STIPULATED, that the above-entitled action be, and the same hereby is dismissed.

Dated: New York, New York
       March 28, 2008

GOETZ FITZPATRICK LLP

By: _____
     Timothy B. Cummiskey (TC-0552)
Attorneys for Plaintiff
Jolie Intimates Inc.
One Penn Plaza, 44th Floor
New York, New York 10119
(212) 695-8100

SO ORDERED:    3/27/08

_____
PETER K. LEISURE - U.S.D.J.